UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK NOTTINGHAM, | ) | NO. EDCV 10-00475-CBM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GARY SANDOR (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 12/29/2010.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE